```
 1  EDMUND G. BROWN JR.
    Attorney General of the State of California
 2  KARIN S. SCHWARTZ
    Supervising Deputy Attorney General
 3  JENNIFER A. BUNSHOFT, State Bar No. 197306
    Deputy Attorney General
 4
      455 Golden Gate Avenue, Suite 11000
 5    San Francisco, CA 94102-3664
      Telephone: (415) 703-5085
 6    Fax: (415) 703-5480
      Email: jennifer.bunshoft@doj.ca.gov
 7
    MARSHA A. BEDWELL, State Bar No. 094860
 8  General Counsel
    AMY BISSON HOLLOWAY, State Bar No. 163731
 9  Assistant General Counsel
    1430 N. Street, Room 5319
10  Sacramento, CA 95814
    Telephone: (916) 319-0860
11  Facsimile: (916) 319-0155
    aholloway@cde.ca.gov
12
    Attorneys for Defendants California Department of
13  Education and Jack O'Connell
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENT H., by and through his guardian ad litem, MOTHER H., and MOTHER H., on her own behalf,<br><br>                              Plaintiffs,<br><br>v.<br><br>BERKELEY UNIFIED SCHOOL DISTRICT, MICHELLE LAWRENCE, individually and in her official capacity as Superintendent of the Berkeley Unified School District, KENNETH JACOPETTI, individually and in his official capacity, ALAN JOY, individually and in his official capacity, FELTON OWENS, individually and in his official capacity, ELAINE EGER, individually and in his official capacity, BERKELEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, CALIFORNIA DEPARTMENT OF EDUCATION; and JACK O'CONNELL, in his official capacity as State Superintendent of Public Instruction for the State of California,<br><br>                              Defendants. | Case No. C 06 - 02031 VRW<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND TO SERVE INITIAL DISCLOSURES<br><br>(Civil Local Rule 6-2)<br><br>The Honorable Vaughn R. Walker |

[Proposed] Order Granting Stipulated Request           Case No. C 06 - 02031 VRW

1

1     Upon consideration of the parties' Stipulated Request for Order Extending Time to Respond to Second Amended Complaint and to Serve Initial Disclosures and the Declaration of Amy Bisson Holloway in Support of the Stipulated Request, it is hereby ORDERED that:

    1. The Stipulated Request for Order Extending Time to Respond to Second Amended Complaint and to Serve Initial Disclosures is GRANTED;

    2. The deadline for the State Defendants to file a response to the Second Amended Complaint is extended to July 18, 2007 and the deadline for the State Defendants to serve their Federal Rule of Civil Procedure, Rule 26(a)(1) Initial Disclosures is extended to July 26, 2007.

**IT IS SO ORDERED.**

Dated: 7/5/2007

_____
VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

*[Stamp: IT IS SO ORDERED / Judge Vaughn R Walker / United States District Court, Northern District of California]*

[Proposed] Order Granting Stipulated Request      Case No. C 06 - 02031 VRW

2