IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENT H, by and through his guardian ad litem, MOTHER H, and MOTHER H, on her own behalf,<br><br>            Plaintiffs,<br><br>        v<br><br>BERKELEY UNIFIED SCHOOL DISTRICT,<br><br>            Defendant._____/ | No   C 06-2031 VRW<br>     C 07-1712 VRW<br><br>ORDER |

The parties have petitioned the court for approval of minor plaintiff Student H's settlement with the Berkeley Unified School District. Doc #187. To ensure that the distribution of the settlement funds is fair to Student H, pursuant to FRCP 53 and with the agreement of the parties the court appoints Judge Isabella Horton Grant as a special master to prepare a report and recommendation, not later than August 31, 2009, regarding reimbursement of attorneys fees and costs incurred by Mother H

during this litigation and the related administrative actions. Following its receipt of Judge Grant's report and recommendation, the court will issue a final order regarding distribution of the settlement.

       The fees and expenses of the special master shall be paid by the parties.

       IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge